UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTHER C. DAWSON, JR.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-CV-849 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE CASE**<br><br>(ECF No. 18) |

　　　Presently before the Court is the Parties' Joint Motion to Dismiss Entire Case ("Joint Mot.," ECF No. 18).  Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** this action as to Defendant Santander Consumer USA Inc., with each Party to bear its own costs and fees.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

　　　**IT IS SO ORDERED.**

Dated:  September 30, 2022

　　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge